**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      John Robert Moore v. The State of Texas

Appellate case number:   01-20-00203-CR

Trial court case number:   18-CR-1549

Trial court:                   212th District Court of Galveston County

On January 6, 2021, appellant's counsel filed a letter informing the Court that counsel intends to seek permanent abatement of this appeal because appellant has died. *See* Tex. R. App. P. 7.1(a)(2) ("If the appellant in a criminal case dies after an appeal is perfected but before the appellate court issues the mandate, the appeal will be permanently abated."). The Court requests that counsel file a written update or a motion for permanent abatement by no later than **September 1, 2021**.

It is so ORDERED.

Judge's signature: _____/s/ Gordon Goodman_____
                              Acting Individually

Date:  _August 10, 2021_____